# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARRITTE FUNCHES,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:11-cv-00250-RCJ-VPC

**ORDER**

    Petitioner has submitted a motion for a certificate of appealability (#21).  When the court dismissed this action, it determined that no certificate of appealability should issue.  Order, at 7 (#18).  Nothing in the motion would cause the court to change its determination.  Furthermore, petitioner never filed a notice of appeal in this court, the time to appeal expired more than two years ago, and the judgment is final.

    IT IS THEREFORE ORDERED that petitioner motion for a certificate of appealability (#21) is **DENIED**.

Dated: April 15, 2014.

                                                     ROBERT C. JONES
                                                     United States District Judge