# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARRITTE FUNCHES,

    Petitioner,

vs.

JACK PALMER, et al.,

    Respondents.

Case No. 3:11-cv-00250-RCJ-VPC

**ORDER**

    The court of appeals has remanded for a determination whether petitioner is entitled to relief under Rule 4(a)(5) of the Federal Rules of Civil Procedure.  The motion for extension of time to file a motion for a certificate of appealability (#20), filed on February 17, 2012 in the court of appeals, which sent a copy to this court on March 7, 2012, is construed as a motion for extension of time to file a notice of appeal.  Briefing shall proceed in accordance with Local Rule 7-2.

    IT IS THEREFORE ORDERED that respondents shall have fourteen (14) days from the date of entry of this order to file and serve a response to the motion for extension of time (#20).  Petitioner shall have seven (7) days from the date of service of respondents' response to file and serve a reply.

    Dated:  May 27, 2014.

                                                                     ROBERT C. JONES
                                                                   United States District Judge